| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) FAIRCHILD, THOMAS E | 2. Court or Organization US COURT OF APPEALS 7TH CIR. | 3. Date of Report 5/3/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE, SENIOR | 5. ReportType (check appropriate type) ○ Nomination  Date ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 560 UNITED STATES COURTHOUSE 120 NORTH HENRY STREET MADISON, WISCONSIN 53703 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE . (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

FINANCIAL DISCLOSURE OFFICE  MAY 9  10 20 AM '05  RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | None, except for statutory retirement benefits as a retired employee of the State of Wisconsin, disclosed under III |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE . (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Pension-State of WI, Dept. of Employee Trust Funds | $8,644.76 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE -- (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Standard Club of Chicago | I continued to be an honorary member of the Standard Club of Chicago (cont Part VIII) | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAIRCHILD, THOMAS E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. M & I Bank of Southern Wisconsin | A | Interest | K | T | | | | | |
| 2. Univ. of WI Credit Union Checking | A | Interest | K | T | | | | | |
| 3. Univ. of WI Credit Union, Investor's M/M | B | Dividend | M | T | | | | | |
| 4. Farm Enterprise, OR. 8/27/79 $138,526 | C | Rent** | M | R | | | | | |
| 5. Addition to Farm, Adjoining Land 8/1/91 $82,000 | | | L | R | | | | | |
| 6. Addition to Farm House '83-98, cost $82,428 | | | L | R | | | | | |
| 7. Pipeline and Other Improvements | | | J | W | | | | | |
| 8. Share of Personal Property | | | J | W | | | | | |
| 9. Cows | | | | | Buy | 09/10 | J | | ook Livestock |
| 10. 1/2 share, farm Blue Mounds, WI 12/17/80 $49,500 | | None | K | R | | | | | |
| 11. 1/2 share addition 8/19/91 $13,500 | | None | J | R | | | | | |
| 12. Undivided 1/5 Share of Farmland, Lowell, IN | B | Rent | M | W | | | | | |
| 13. Sarasota County Bond | A | Interest | J | T | | | | | |
| 14. Strong Money Mkt. Fund, Milwaukee, WI | A | Dividend | J | T | | | | | |
| 15. MFS Muni Bond Fund Shares | A | Dividend | J | T | | | | | |
| 16. City of Madison Monona Terrace Bond | A | Interest | | | Redemption | 03/01 | J | | Issuer |
| 17. Community Bank | A | Interest | J | T | | | | | |
| 18. Illinois Health Fac. Bond - Fairview | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $6,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FAIRCHILD, THOMAS E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Baron Asset Fund | B | Dividend | K | T | | | | | |
| 20. Harbor Capital App. Fund | A | Dividend | K | T | | | | | |
| 21. Strong Opportunity Fund | | None | K | T | | | | | |
| 22. Strong Growth Fund | | None | K | T | | | | | |
| 23. Vanguard Index Fund | A | Dividend | K | T | | | | | |
| 24. International Focus (Formerly Credit Suisse) | A | Dividend | J | T | | | | | |
| 25. Artisan Funds - Intnl. | A | Dividend | J | T | | | | | |
| 26. Illinois Health Facilities - Beacon Bond | A | Interest | J | T | | | | | |
| 27. Wauwatosa RDA Bond | A | Interest | J | T | | | | | |
| 28. Carlton Cove Bond, Huntsville, AL | A | Interest | J | T | | | | | |
| 29. Chartiers Valley, PA Bond | A | Interest | J | T | | | | | |
| 30. N.J. Economic Development Authority Bond | A | Interest | | | Redemption | 05/17 | J | | Issuer |
| 31. Ill. HFA Chestnut Square Glen Bond | A | Interest | J | T | | | | | |
| 32. Wis. HEFA United Bond | A | Interest | J | T | | | | | |
| 33. Onalaska CDA Bond | A | Interest | J | T | | | | | |
| 34. Piper Jaffray Money Market | B | Dividend | J | T | | | | | |
| 35. Fenton County, GA Residential Care Bond | A | Interest | J | T | Buy | 04/28 | J | | B.C. Ziegler |
| 36. Godfrey, IL United Methodist Bond | A | Interest | J | T | Buy | 04/14 | J | | B.C. Ziegler |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FAIRCHILD, THOMAS E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Park Bank Accounts* | A | Interest | L | T | | | | | |
| 38. Mass. Mutual Life Ins. Cash Value Policies*** | A | Dividend | K | T | | | | | |
| 39. National Life - Cash Value Policy*** | A | Dividend | J | T | | | | | |
| 40. Northwestern Mutual Life Cash Value Policies*** | B | Dividend | K | T | Buy | 06/14 | J | | NML Co. |
| 41. New York Life - Cash Value Policy*** | B | Dividend | K | T | Buy | 08/17 | J | | New York Life |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraised U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report)

(cont. from Part V. Gifts) . . . during 2004. I paid dues of $132, and resigned effective 12/31/04. I made no use of the privileges in 2004.

(Explanation for Part VII. Investments and Trusts footnotes)

\*    Increase over 2003 in cash equivalents results from sale of residence in 2004.

\*\*    Line 4 income applies to lines 4 to 9.

\*\*\* I have owned the cash value life insurance referred to in lines 38-41 for many years. The dates of issue range from 1937 to 1962. The reason I did not include them in reports before 2004 is that I did not become aware until 2005 that cash value of life insurance should be reported as an investment asset.

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu                                                                    Date _____ 5/3/2005 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544